

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-13-00742-CV

**PASCUAL MADRIGAL P.L.L.C.** d/b/a The Law Offices of Pascual Madrigal,
Appellant

v.

**COMMERCIAL IT SOLUTIONS, INC.,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 381855
Honorable Jason Wolff, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before February 12, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court